UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

**DECISION AND ORDER**
23-CR-123-A

KEONNA DAVIS,

                Defendant.
_____

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  Dkt. No. 3.  On December 18, 2025, Defendant Keonna Davis, upon executing a waiver to proceed before a District Judge and consent to proceed before a Magistrate Judge (Dkt. No. 58), appeared before Magistrate Judge Schroeder and pleaded guilty, pursuant to a written plea agreement (Dkt. No. 59), to one count of a 13-count Indictment charging her with wire fraud in violation of 18 U.S.C. § 1343 (Dkt. No. 1).

      Magistrate Judge Schroeder issued a Report and Recommendation (R&R) (Dkt. No. 60) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  No timely objections to the R&R have been filed.  It is hereby

      **ORDERED** that, upon review of the Indictment, the plea agreement, and the plea transcript (Dkt. No. 62) of the December 18, 2025, change-of-plea proceeding before the Magistrate Judge; and the Report and Recommendation (Dkt. No.60), the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have

been carefully followed.  Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights she was waiving should the Court accept her plea of guilty, the nature of the charges to which she was pleading guilty, and any maximum possible penalty, among the other requirements listed in Rule 11.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written R&R.

**Sentencing is scheduled for May 21, 2026, 2026, at 11:30 AM.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                                            *s/Richard J. Arcara*
                                      HONORABLE RICHARD J. ARCARA
                                      UNITED STATES DISTRICT COURT

Dated:  January 12, 2026
        Buffalo, New York